**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------X

EAGLE TRADING USA, LLC,
                                        Plaintiff,

18 **CIV** 7393 (PKC)

                    -against-                                  **DEFAULT JUDGMENT**

                                                              **AS TO LIABILITY**

CROWNWELL, LLC d/b/a/ SQUAT-N-GO,
                                        Defendant.
---------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED, AND DECREED**, that pursuant to the

Court's Opinion and Order dated March 25, 2019, Plaintiff's motion for entry of default judgment

is granted as to liability; its claim for attorneys' fees is denied, and no other damages are sought;

judgment of liability is entered for plaintiff; accordingly, the case is closed.

**DATED**: New York, New York
             March 25, 2019

                              **RUBY J. KRAJICK**
                              **Clerk of Court**

                    BY: _____
                              **Deputy Clerk**

                    WAS ENTERED
             ON THE DOCKET ON 3/25/2019